UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| v. | : | Crim. No. 20-mj-3013 |
| Justin D. Spry | : | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Craig Carpenito, United States Attorney for the District of New Jersey, by Michelle Gasparian, (Michelle Gasparian@usdoj.gov), Assistant U.S. Attorney, is appearing for the United States of America in the above-captioned matter.

CRAIG CARPENITO
United States Attorney

***s/Michelle Gasparian***

By: Michelle Gasparian
Assistant U.S. Attorney

Dated: August 10, 2020